### In the Interest of Z.Z., a minor.

#### No. ED 81448.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 17, 2003.

Laura E. Sidel, Clayton, MO, for appellant.

Robin Ransom Vannoy, St. Louis, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J., and ROBERT E. CRIST, Sr.J.

### ORDER

PER CURIAM.

Mother appeals the termination of her parental rights with respect to her minor child Z.Z. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no precedential value. We have, however, provided the parties a

memorandum opinion, for their information, setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).